IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UT Brands LLC | ) |
| | ) Case No. 1:23-cv- 2220 |
| v. | ) |
| | ) Judge: Hon. Jorge L. Alonso |
| Jialian Cai | ) |
|    d/b/a   Larkidog | ) Magistrate: Hon. Beth W. Jantz |
| | ) |
| | ) |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on May 2, 2023, Plaintiff, Little UT Brands LLC shall appear telephonically (888-808-6929 and the access code is 4911854) and present before the Honorable Jorge L. Alonso or any judge sitting in her stead the **Plaintiff's Motion for Preliminary Injunction**.

Dated this 19th Day of April, 2023.     Respectfully submitted,

        By: _s/David Gulbransen/_
            David Gulbransen
            Attorney of Record

            David Gulbransen (#6296646)
            Law Office of David Gulbransen
            805 Lake Street, Suite 172
            Oak Park, IL 60302
            (312) 361-0825 p.
            (312) 873-4377 f.
            david@gulbransenlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the April 19, 2023, the PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION and MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION was filed with the CM/ECF system. The Defendant's will also be provided notice April 19, 2023, via e-mail to the e-mail address of the Defendant as specified in their counter-notice.

By:   s/David Gulbransen/
       David Gulbransen
       Attorney of Record

       David Gulbransen (#6296646)
       Law Office of David Gulbransen
       805 Lake Street, Suite 172
       Oak Park, IL 60302
       (312) 361-0825 p.
       (312) 873-4377 f.
       david@gulbransenlaw.com